SAMPLE #2

**FILED**
OCT 19 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Solomon Panicker )
)
)
Plaintiff, ) CIV-15-1178 R
)
vs. ) CASE NO. _____
)
)
)
Defendant. )

City of Oklahoma

**COMPLAINT**

I was subjected to unfair treatment by the Plant Manager Joe Case. And discriminated and Given a biased treatment by Joe Case. And a bad treatment by Co-worker Jeff who was very hostile, and never cooperated in the Shift and rudely told me to sit aside and not to work.

And I was, finally Terminated by Joe Case. He Said I don't trust you and don't want you here.

And a Co-worker who had a very serious problem was let go easy, and I was terminated.

NOTE: *Your signature, address and phone number **must** appear at the end of each pleading.*

Solomon Panicker
11636. SW 3rd St
Yukon- OK- 73099.

405-324-0658