# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SOLOMON PANICKER, | ) |
| Plaintiff, | ) |
| v. | ) CIV-15-1178-R |
| CITY OF OKLAHOMA CITY JOE CASE, JEFF, | ) |
| Defendant. | ) |

## ORDER

Plaintiff filed a Second Amended Complaint on December 28, 2015 (Doc. No. 14) to which Defendant the City of Oklahoma City, has filed a Motion to Dismiss (Doc. No. 22). Plaintiff has responded to the motion to dismiss. For the reasons set forth herein, Defendant's motion is granted.

Defendant argues that Plaintiff failed to establish that the Court has subject matter jurisdiction over his Title VII claim for discrimination on the basis of his Asian heritage, that any claims arguably raised by Plaintiff are barred by the statute of limitations, and that Plaintiff has failed to plead specific facts in support of any cause of action against Defendant City.

The Court finds that Defendant's motion to dismiss is well taken with regard to all of Plaintiff's claims on the basis that the statute of limitations period has expired. Plaintiff alleges claims based on acts that allegedly occurred in 2006. Any claim, whether based on negligence, 42 U.S.C. § 1983, or Title VII has been barred for many years, and the Court

finds no basis in any of Plaintiff's filings, which have been liberally construed, to avoid or extend the time for filing of this action. Accordingly, Defendant City of Oklahoma City's Motion to Dismiss is hereby GRANTED.

IT IS SO ORDERED this 22nd day of February, 2016.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE