IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

SOLOMON PANICKER,                    )
                                     )
                    Plaintiff,       )
vs.                                  )          CIV-15-1178-R
                                     )
                                     )
JOE CASE and LARRY WALL.,            )
                                     )
                    Defendants.      )

## **ORDER**

Pursuant to Fed.R.Civ.P.4(m), this case will be dismissed for lack of prosecution if Plaintiff does not show good cause, within 15 days, for failure to affect service on the Defendants.

IT IS SO ORDERED this 14th day of April, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE