# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **SOLOMON PANICKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIV-15-1178-R |
| | ) | |
| **CITY OF OKLAHOMA CITY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This matter is before the Court pursuant to the Order to Show Cause [Doc. No. 24], filed herein on April 14, 2016, wherein Plaintiff was directed to show cause, within 15 days of the date of the Order, why this matter should not be dismissed for failure to affect service on Defendants Joe Case and Larry Wall. On April 25, 2016, Plaintiff filed a document entitled "Response to Motion to Dismiss Case No. CIV-15-1178-R Brief in Support" wherein he attempts to again argue against the Motion to Dismiss previously filed by the City of Oklahoma City and granted by the Court on February 22, 2016. Doc. No. 23. Therefore, the undersigned construes Plaintiff's Response as a Motion to Reconsider and denies the same, for the reasons stated in the Order granting the Motion to Dismiss. "Any claim, whether based on negligence, 42 U.S.C. § 1983 or Title VII has been barred for many years, and the Court finds no basis in any of Plaintiff's filings, which have been liberally construed, to avoid or extend the time for filing this action." *See* Order, [Doc. No. 23].

Further, as Plaintiff has not affected service upon Defendants Joe Case and Larry Wall, nor requested an extension of time within which to do so, the claims against those

Defendants are DISMISSED WITHOUT PREJUDICE. A judgment will be entered herewith.

IT IS SO ORDERED THIS 28th day of April, 2016.

*David L. Russell*

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE