# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SOLOMON PANICKER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CIV-15-1178-R |
| | ) |
| **CITY OF OKLAHOMA CITY, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Orders entered herein on February 22, 2016 and April 28, 2016, Judge is entered in favor of the City of Oklahoma City and this matter is DISMISSED WITHOUT PREJUDICE as to Defendants Joe Case and Larry. Wall.

IT IS SO ORDERED this 28th day of April, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE