IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| | ) | |
| SOLOMON PANICKER | ) | |
| PLAINTIFF, | ) | CASE NO.CIV-15-1178-R |
| v. | ) | |
| CITY OF OKLAHOMA CITY, | ) | **FILED** |
| JOE CASE,  LARRY WALL | ) | MAY 0 6 2016 |
| Defendant. | ) | CARMELITA REEDER SHINN, CLERK<br>U.S. DIST. COURT, WESTERN DIST. OKLA.<br>BY_____W_____,DEPUTY |
| | ) | |
| | ) | |

APPEALING  THE JUDGEMENT


I ,Solomon panicker , Submit an appeal , for the Judgement issued.

As there is proof of wrong doing, done in the Water plant , and proof of no action taken by the Department , inspite of the incident  being brought to the notice of the Personal Director.

There is also proof of violation of This is a Violation of –Sections  - 401- 402- 406- 1203.10—1203.11—and 1203.23--

And there is proof of ,Discrimination, and Biased , Unfair,Treatment,at, the Oklahoma City Water plant , by Plant Manager,Joe case ,Senior Co-worker Larry Wall, for Hostile, and Verbal Intimidation at work place. For which no Corrective , steps or Disciplinary action , was done.

Thus Violating Section , (1203.23---and 1203.10)

Biased Treatment given as, to , Treatment given to ,Senior Co-worker Randy Hargraves, who was responsible for a major pipe burst, in August 2006 , in which no Disciplinary action was taken, but he was transferred to another Department.


This Act of Discrimination also Violates ,the (Civil Rights -Title VII—(seven)- Federal Rule).Forbidding ,discrimination by ,conducts, creating or causing, an intimidating, hostile, or offensive working environment, or interferes with the individuals work performance.


I pray to the court to reconsider the case based on the proven facts, and I Appeal the Judgement.


Respectfully

Solomon Panicker

11636 sw 3rd st

Yukon Ok lahoma

73099

*Certificate of Service*

\_\_\_\_ I hereby certify that on (date) $\underline{5/6/2016}$ , I filed the attached document

with the Clerk of Court.  Based on the records currently on file in this case, the Clerk of Court

will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case

Filing System.

\_\_\_\_ I hereby certify that on (date) _____ , I filed the attached document

with the Clerk of Court and served the attached document by (service method)

_____ on the following, who are

not registered participants of the Electronic Case Filing System:  (insert names and addresses)

_____

Signature _____